'24CV0562 TWR MSB

PLANNING COMMISSION RESOLUTION NO. 5258-PC

RECOMMENDING TO THE CITY COUNCIL APPROVAL OF
ENVIRONMENTAL IMPACT REPORT NO. 636444/SCH NO. 2021100394, ADOPTING FINDINGS, AND
ADOPTING MITIGATION MONITORING AND REPORTING PROGRAM NO. 636444 [MMRP]
GENERAL PLAN AND NAVAJO COMMUNITY PLAN AMENDMENT NO. 2292367; SITE DEVELOPMENT
PERMIT NO. 2292338; PLANNED DEVELOPMENT PERMIT NO. 2292339; TENTATIVE MAP NO. 2490918;
AND EASEMENT VACATIONS NO. 2292339
**ALL PEOPLE'S CHURCH - PROJECT NO. 636444 MMRP**

WHEREAS, on September 28, 2023, the Planning Commission of the City of San Diego held a public hearing for the purpose of considering and recommending to the Council of the City of San Diego certification of Environmental Impact Report No. 636444/SCH NO. 2021100394, adoption of Findings, adoption of Mitigation, Monitoring, and Reporting Program No. 636444 [MMRP]; and approval of General Plan and Navajo Community Plan Amendment No. 2292367; Site Development Permit No. 2292338; Planned Development Permit No. 2292339; Tentative Map No. 2490918; and Easement Vacations No. 2292339; and

WHEREAS, Light on a Hill, LLC, a California Limited Liability Company, Owner/Permittee, filed an application with the City of San Diego for a General Plan and Navajo Community Plan Amendment No. 2292367, Site Development Permit No. 2292338, Planned Development Permit No. 2292339, Tentative Map No. 2490918, and Easement Vacation No. 2292340; and Mitigation, Monitoring, and Reporting Program No. 636444 for the purpose of developing a church on vacant property that would include a 900-seat sanctuary, with accessory office, Sunday school classrooms and gymnasium/multi-purpose room; parking structure and surface parking; and

WHEREAS, the Planning Commission of the City of San Diego has considered all maps, exhibits, and written documents contained in the file for this project on record in the City of San Diego, and has considered the oral presentations given at the public hearing; NOW THEREFORE,

BE IT RESOLVED, by the Planning Commission of the City of San Diego that it hereby recommends to the Council of the City of San Diego to certify Environmental Impact Report No. 636444/SCH NO. 2021100394, adopt of Findings, adopt of Mitigation, Monitoring, and Reporting Program No. 636444 [MMRP]; and approve of General Plan and Navajo Community Plan Amendment No. 2292367; Site Development Permit No. 2292338; Planned Development Permit No. 2292339; Tentative Map No. 2490918; and Easement Vacations No. 2292339, and incorporate all other listed actions with modifications/conditions as described below:

Recommended to the City Council **Conditions** as follows:
- Prohibit the use of the site for a Pre-K – 12th Grade school
- Limit the number of weekly worship services
- Make the south retaining wall a vegetated retaining wall
- Limit peak hour of use of the campus to the times that the traffic analysis is based on
- Recommend the City Council incorporate the conditions requested by Lance Grucela:
    - 6' cinderblock contiguous wall between the project and all neighboring residential properties
    - No gates or any pedestrian or vehicular access to the site from neighboring residential properties

**Ex. B, p. 001**

- o Use EIR alternative that includes the removal of 37 surface parking spaces
    - These 37 spaces should be removed from the northeast section of the site bordering neighboring properties to minimize impact on the first 8 lots where parking is much closer to property lines and pad heights are similar
- o No additional height deviation for ornamentation
    - Ornamentation can reasonably be incorporated into architectural elements that already surpass the maximum height and require a deviation
- o No night or weekend work.

Martha Blake
Supervising Development Project Manager
Development Services

Dated September 28, 2023
By a vote of: 6-0-1

**Ex. B, p. 002**