**'24CV0562 TWR MSB**

From: Del Cerro
To: Del Cerro
Subject: [EXTERNAL] Save Del Cerro ZOOM Thursday with Councilmember Raul Campillo
Date: Tuesday, January 26, 2021 9:15:35 AM

*\*\*This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.\*\**

Save the Date!!
**THIS THURSDAY**
**January 28 @ 6:30pm**
**with Special Guest Councilmember Raul Campillo**

Save Del Cerro will be hosting another community conversation relating to the MEGA project. Please plan on participating.

\*\* To register for the meeting please complete this form
http://www.tinyurl.com/SDCActionNetwork

## Save Del Cerro Community Update Meeting

Time: Jan 28, 2021 06:30 PM - 8:00PM

Join Zoom Meeting
https://us02web.zoom.us/j/88297722868

Meeting ID: 882 9772 2868

Facilitators: Steve Bagwell; Josh Billauer, Mardine Davis

*with Special Guests*
District 7 Councilmember Raul Campillo
Deputy Chief of Staff Jared Miller-Sclar

### Agenda

Call to Order/Agenda Review

Reintroduction to Save Del Cerro

Non-Agenda items

Metrics Report
*Signs, Caravan, Action Network, GoFundMe*

Elected Officials Report
*Councilmember Raul Campillo*

EX. C